1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  RACHAEL G. SAMBERG (CSB NO. 223694)
   rsamberg@fenwick.com
3  MARY E. MILIONIS (CSB NO. 238827)
   mmilionis@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA  94041
6  Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
7
   Attorneys for Defendant
8  GLIMMERGLASS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> GLIMMERGLASS NETWORKS, INC., <br><br> Defendant. | Case No.  3:08-cv-03364 EMC <br><br> **DEFENDANT'S ADMINISTRATIVE MOTION TO FILE COMPLAINT EXHIBITS UNDER SEAL** <br><br> Judge:  Hon. Edward M. Chen <br> Complaint Filed:  July 11, 2008 <br> Trial Date:  None Set |

Pursuant to Civil L.R. 7-11 and 79-5, Defendant Glimmerglass Networks, Inc. ("Glimmerglass"), hereby moves the Court for an order sealing Exhibits A-E to Plaintiff Terilogy Co., Ltd.'s Complaint (Docket No. 1) filed on July 11, 2008.  All of the Exhibits contain Glimmerglass' highly confidential and proprietary business information which, if publicly disclosed, could subject Glimmerglass to competitive and commercial harm.  Counsel for Glimmerglass has conferred with Mark Petersen, counsel for Terilogy, regarding the need to file the Complaint Exhibits under seal and Mr. Petersen confirmed that Terilogy will not oppose this motion.  *See* Declaration of Mary E. Milionis In Support of Defendant's Administrative Motion to File Complaint Exhibits Under Seal ¶ 7.  The Exhibits at issue are:

1. **Exhibit A**: Glimmerglass Networks, Inc. Series B1 Preferred Stock Purchase Agreement;

2. **Exhibit B**: Distributor Agreement Between Glimmerglass and Terilogy;

3. **Exhibit C**: Schedule of Exceptions to the Series B1 Preferred Stock Purchase Agreement;

4. **Exhibit D**: Glimmerglass Networks, Inc. Second Series B1 Preferred Stock Purchase Agreement; and,

5. **Exhibit E**: Schedule of Exceptions to the Second Series B1 Preferred Stock Purchase Agreement

Consequently, Glimmerglass respectfully requests that the Court order that Exhibits A-E of the Complaint be placed under seal, and that any copies of such exhibits inadvertently publicly filed be removed from the public record. To facilitate the filing of the Complaint's Exhibits under seal, Plaintiff should lodge with the court the entire Complaint conforming with Local Rule 79-5(c)(3) in addition to a redacted public version of the Complaint.

Dated: July 18, 2008                    FENWICK & WEST LLP

                                        By:    /s/ Mary E. Milionis
                                               Mary E. Milionis

                                        Attorneys for Defendant
                                        GLIMMERGLASS NETWORKS, INC.

23031/00400/LIT/1288526.2

---

DEFENDANT'S ADM. MOTION TO FILE
COMPLAINT EXHIBITS UNDER SEAL                    2                    CASE NO. 3:08-CV-03364