RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLIMMERGLASS NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No.  3:08-cv-03364<br><br>**[PROPOSED] ORDER GRANTING GLIMMERGLASS' ADMINSTRATIVE MOTION TO FILE COMPLAINT EXHIBITS UNDER SEAL**<br><br>Judge:  Hon. Edward M. Chen<br>Complaint Filed:  July 11, 2008<br>Trial Date:  None Set |

Having considered Defendant Glimmerglass Networks, Inc.'s Administrative Motion to File Plaintiff Terilogy Co., Ltd.'s Complaint Exhibits Under Seal and the supporting Declaration of Mary E. Milionis, and good cause appearing therefor, the Court HEREBY ORDERS the following to be filed under seal:

1.　　Exhibits A, B, C, D and E of the Complaint filed on or about July 11, 2008 by Plaintiff Terilogy Co., Ltd. (Docket No. 1).

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　The Honorable Edward M. Chen
　　　　　　　　　　　　　　　　　　　　United States District Court Magistrate Judge

[PROPOSED] ORDER GRANTING
DEFENDANT'S ADM. MOTION TO FILE                                    CASE NO. 3:08-CV-03364
COMPLAINT EXS. UNDER SEAL