1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
5
   RACHAEL G. SAMBERG (CSB NO. 223694)
6  rsamberg@fenwick.com
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA 94104
9  Telephone: (415) 875-2300
   Facsimile: (415) 281-1350
10
   Attorneys for Defendant
11 GLIMMERGLASS NETWORKS, INC.

12                     UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14

15 TERILOGY CO., LTD.,                    Case No. 3:08-cv-03364 EMC

16              Plaintiff,                **NOTICE OF APPEARANCE OF RACHAEL G. SAMBERG ON BEHALF OF DEFENDANT GLIMMERGLASS NETWORKS, INC.**

17 v.

18 GLIMMERGLASS NETWORKS, INC.,

19              Defendant.

20

21     Rachael G. Samberg of Fenwick & West LLP ("Defendant's Counsel") hereby enters her

22 appearance on behalf of Defendant GLIMMERGLASS NETWORKS, INC.

23     For purposes of receipt of Notices of Electronic Filing, Defendant's Counsel's e-mail

24 address is as follows:      Rachael Samberg       rsamberg@fenwick.com

25 Dated: July 21, 2008
                                          By: /s/ Rachael G. Samberg
26                                             RACHAEL G. SAMBERG

27                                        Attorneys for Defendant
                                          GLIMMERGLASS NETWORKS, INC.
28

NOTICE OF APPEARANCE OF RACHAEL G. SAMBERG    1    CASE NO. 3:08-CV-03364