RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD.,<br><br>              Plaintiff,<br><br>v.<br><br>GLIMMERGLASS NETWORKS, INC.,<br><br>              Defendant. | Case No.  3:08-cv-03364 EMC<br><br>**NOTICE OF APPEARANCE OF RODGER R. COLE ON BEHALF OF DEFENDANT GLIMMERGLASS NETWORKS, INC.** |

Rodger R. Cole of Fenwick & West LLP ("Defendant's Counsel") hereby enters his appearance as Lead Counsel on behalf of Defendant GLIMMERGLASS NETWORKS, INC.

For purposes of receipt of Notices of Electronic Filing, Defendant's Counsel's e-mail address is as follows:        Rodger R. Cole            rcole@fenwick.com

Dated: July 21, 2008

By:  /s/ Rodger R. Cole
         RODGER R. COLE

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

NOTICE OF APPEARANCE OF RODGER R. COLE         1         CASE NO. 3:08-CV-03364