Mark D. Petersen (State Bar No. 111956)
 mpetersen@fbm.com
Sebastian A. Jerez (State Bar No. 244109)
 sjerez@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
TERILOGY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD.,<br><br>     Plaintiff,<br><br>vs.<br><br>GLIMMERGLASS NETWORKS, INC.,<br><br>     Defendant. | Case No. CV 08 3364<br><br>CERTIFICATE OF SERVICE |

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On July 11, 2008, I deposited with Federal Express, a true and correct copy of the within documents:

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**SUMMONS IN A CIVIL ACTION**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**CIVIL COVER SHEET**

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

22753\1634129.1

CERTIFICATE OF SERVICE

in a sealed envelope, addressed as follows:

> Rodger R. Cole Esq.
> Fenwick & West LLP
> Silicon Valley Center
> 801 California Street
> Mountain View CA 94041
> Phone: (650) 988-8500
> Fax: (650) 938-5200

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for Monday delivery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2008, at San Francisco, California.

_____
Greg George

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -

22753\1634129.1

CERTIFICATE OF SERVICE

  **Shipment Receipt**

**Address Information**

Ship to:  
Rodger R. Cole Esq.  
Fenwick & West LLP  

801 California Street  

Silicon Valley Center  
Mountain View, CA  
94041  
US  
650-988-8500  

Ship from:  
Sebastian A. Jerez  
FARELLA BRAUN & MARTEL LLP  

235 MONTGOMERY STREET  
SUITE 3000  
SAN FRANCISCO, CA  
94104  
US  
4159544478  

**Shipping Information**  
Tracking number: 799351661344  
Ship date: 07/11/2008  
Estimated shipping charges: 10.79  

**Package Information**  
Service type: Priority Overnight  
Package type: FedEx Envelope  
Number of packages: 1  
Total weight: 0LBS  
Declared value: 0.00USD  
Special Services:  
Pickup/Drop-off: Give to scheduled courier at my location  

**Billing Information**  
Bill transportation to: Sender  
Your reference: 22753  
P.O. no.:  
Invoice no.:  
Department no.:  

Thank you for shipping online with Fedex ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or speical is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items lised in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.