1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  RACHAEL G. SAMBERG (CSB NO. 223694)
   rsamberg@fenwick.com
3  MARY E. MILIONIS (CSB NO. 238827)
   mmilionis@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA 94041
6  Telephone:  (650) 988-8500
   Facsimile:   (650) 938-5200
7
   Attorneys for Defendant
8  GLIMMERGLASS NETWORKS, INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

| TERILOGY CO., LTD., | Case No. 3:08-cv-03364 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GLIMMERGLASS' ADMINSTRATIVE MOTION TO FILE COMPLAINT EXHIBITS UNDER SEAL |
| v. | |
| GLIMMERGLASS NETWORKS, INC., | Judge: Hon. Edward M. Chen |
| Defendant. | Complaint Filed: July 11, 2008 |
|  | Trial Date: None Set |

Having considered Defendant Glimmerglass Networks, Inc.'s Administrative Motion to File Plaintiff Terilogy Co., Ltd.'s Complaint Exhibits Under Seal and the supporting Declaration of Mary E. Milionis, and good cause appearing therefor, the Court HEREBY ORDERS the following to be filed under seal:

1. Exhibits A, B, C, D and E of the Complaint filed on or about July 11, 2008 by Plaintiff Terilogy Co., Ltd. (Docket No. 1).

**IT IS SO ORDERED.**

Dated:  July 21, 2008

_____
Hon. Edward M. Chen
United States Magistrate Judge

[IT IS SO ORDERED - Judge Edward M. Chen signature stamp]

[PROPOSED] ORDER GRANTING
DEFENDANT'S ADM. MOTION TO FILE                           CASE NO. 3:08-CV-03364
COMPLAINT EXS. UNDER SEAL