1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
5
   RACHAEL G. SAMBERG (CSB NO. 223694)
6  rsamberg@fenwick.com
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA 94104
9  Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350
10
   Attorneys for Defendant
11 GLIMMERGLASS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD.,<br><br>          Plaintiff,<br><br>v.<br><br>GLIMMERGLASS NETWORKS, INC.,<br><br>          Defendant. | Case No. 3:08-cv-03364 EMC<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Edward M. Chen conduct any and all further proceedings in the case, including trial, and order the entry of a final

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE    1    CASE NO. 3:08-CV-03364

1  judgment.  Appeal from the judgment shall be taken directly to the United States Court of
2  Appeals for the Ninth Circuit.

Dated: August 21, 2008                              FENWICK & WEST LLP

                                          By:     /s/ Rodger R. Cole
                                                          Rodger R. Cole

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE     1     CASE NO. 3:08-CV-03364