1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA  94041
4  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
5
   RACHAEL G. SAMBERG (CSB NO. 223694)
6  rsamberg@fenwick.com
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA 94104
9  Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350
10
   Attorneys for Defendant
11 GLIMMERGLASS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD., | Case No.  3:08-cv-03364 EMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) AND ACCOMPANYING REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| GLIMMERGLASS NETWORKS, INC., | |
| Defendant. | Date:     October 15, 2008<br>Time:    10:30 A.M.<br>Dept:    Courtroom C, 15th Floor<br>Judge:   The Honorable Edward M. Chen |
| | Complaint Filed: July 11, 2008<br>Trial Date: None Set |

1  Defendant Glimmerglass Networks, Inc.'s ("Defendant") Motion to Dismiss Pursuant to Rule 12(b)(6) and accompanying Request for Judicial Notice came on regularly for hearing before this Court on October 15, 2008, at 10:30 A.M., in Courtroom C, 15th Floor.  Both Defendant and plaintiff Terilogy Co., Ltd. ("Plaintiff") were represented by counsel.  After full consideration of the briefs in support and in opposition thereto, all other papers submitted in connection therewith, all other matters on file in this action and presented to the Court, and having heard the arguments of counsel,

IT IS HEREBY ORDERED that:

1. The Court will take judicial notice of "Exhibit B: Territory," attached to the Parties' Distribution Agreement entered into on or about February 9, 2006 (and filed as Exhibit A to Defendant's Request for Judicial Notice); and

2. Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) is **GRANTED**, and the First, Second, Fourth and Fifth Causes of Action of Plaintiff's Complaint are **DISMISSED**.

IT IS SO ORDERED.

Dated: _____, 2008

Hon. Edward M. Chen
United States Magistrate Judge

23031/00400/LIT/1290528.1