1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA  94041
4  Telephone:     (650) 988-8500
   Facsimile:      (650) 938-5200
5
   RACHAEL G. SAMBERG (CSB NO. 223694)
6  rsamberg@fenwick.com
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA 94104
9  Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350
10
   Attorneys for Defendant
11 GLIMMERGLASS NETWORKS, INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15 TERILOGY CO., LTD.,                    Case No.  3:08-cv-03364 EMC

16              Plaintiff,                **MANUAL FILING NOTICE**

17 v.                                     Date:        October 15, 2008
                                          Time:        10:30 A.M.
18 GLIMMERGLASS NETWORKS, INC.,           Dept:        Courtroom C, 15th Floor
                                          Judge:       The Honorable Edward M. Chen
19              Defendant.
                                          Complaint Filed:  July 11, 2008
20                                        Trial Date:  None Set

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**MANUAL FILING NOTIFICATION**

Regarding: **EXHIBIT A** to the REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF

DEFENDANT GLIMMERGLASS NETWORKS, INC.'S MOTION TO DISMISS PURSUANT

TO RULE 12(b)(6):

This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main

web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Dated: August 22, 2008                    FENWICK & WEST LLP


By:_____/s/ Mary E. Milionis_____
                    Mary E. Milionis

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

23031/00400/SF/5238552.1