RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD., | Case No. 3:08-CV-03364 EMC |
| Plaintiff, | **DECLARATION OF ROBERT A. LUNDY IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS P URSUANT TO RULE 12(B)(6)** |
| v. | |
| GLIMMERGLASS NETWORKS, INC., | |
| Defendant. | Date:   Oct. 15, 2008<br>Time:  10:30 A.M.<br>Dept:   Courtroom C, 15th Floor<br>Judge:  The Honorable Edward M. Chen |
| | Complaint Filed: July 11, 2008<br>Trial Date: None Set |

LUNDY DECLARATION ISO DEFENDANT'S
RFJN AND MOTION TO DISMISS

CASE NO. 3:08-CV-03364

I, Robert A. Lundy, declare:

1. I am the President and Chief Executive Officer at Glimmerglass Networks, Inc. ("Glimmerglass" or "Defendant")). In that capacity, I have familiarity with the Distribution Agreement ("DA") between Glimmerglass and Terilogy Co., Ltd. ("Terilogy"), that I executed on behalf of Glimmerglass on or about February 9, 2006. I submit this declaration in support of Defendant's Request for Judicial Notice and Defendant's Motion to Dismiss Defendant's Counterclaims. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. Attached as Exhibit A to Defendant's Request for Judicial Notice is a true and correct copy of an exhibit to the DA entitled Exhibit B: Territory (the "Territory Exhibit"). The Territory Exhibit was included with the DA at the time of execution and is referenced directly in section 1.1 of the DA, which notes that Terilogy's distribution territory is defined in the Territory Exhibit subject to various carve-outs and reservations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed at _Hayward_, California, on August _22_, 2008.

_____
Robert A. Lundy

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW