1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone: (650) 988-8500
   Facsimile: (650) 938-5200
5
   RACHAEL G. SAMBERG (CSB NO. 223694)
6  rsamberg@fenwick.com
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA 94104
9  Telephone: (415) 875-2300
   Facsimile: (415) 281-1350
10
   Attorneys for Defendant
11 GLIMMERGLASS NETWORKS, INC.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15  TERILOGY CO., LTD.,                    Case No. 3:08-cv-03364

16            Plaintiff,                   **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINSTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT SUBMITTED FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

17       v.

18  GLIMMERGLASS NETWORKS, INC.,

19            Defendant.

20                                          Complaint Filed: July 11, 2008
                                            Trial Date: None Set
21

22

23       Having considered Defendant Glimmerglass Networks, Inc.'s Administrative Motion to

24  File Under Seal Exhibit Submitted for Judicial Notice in Support of Motion to Dismiss; the

25  supporting Declaration of Mary E. Milionis; and good cause appearing therefor, the Court

26  HEREBY ORDERS the following to be filed under seal:

27       1.   The document attached as Exhibit A to Glimmerglass' Request for Judicial Notice,

28  filed herewith in Support of Glimmerglass' Motion to Dismiss.

[PROPOSED] ORDER GRANTING ADM.
MOTION TO SEAL                                              CASE NO. 3:08-CV-03364

1 **IT IS SO ORDERED.**

2 Dated: _____    _____

3 The Honorable Edward M. Chen
United States District Court Magistrate Judge

5 23031/00400/SF/5238139.1