RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>GLIMMERGLASS NETWORKS, INC.,<br><br>Defendant. | Case No. 3:08-cv-03364 EMC<br><br>**PROOF OF SERVCE**<br><br>Date: October 15, 2008<br>Time: 10:30 A.M.<br>Dept: Courtroom C, 15th Floor<br>Judge: The Honorable Edward M. Chen<br><br>Complaint Filed: July 11, 2008<br>Trial Date: None Set |

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

PROOF OF SERVICE                1                CASE NO. 3:08-cv-03364 EMC

| | |
|---|---|
| 1 | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GLIMMERGLASS NETWORKS, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (UNREDACTED)** |
| 2 | |

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Mark D. Petersen
Sebastian A. Jerez
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
mpetersen@fbm.com
sjerez@fbm.com

[X] **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

[X] **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: August 22, 2008

_____
Doreen Garrett

23031/00400/LIT/1290587.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO