| | |
|---|---|
| RODGER R. COLE (CSB NO. 178865)<br>rcole@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 537-0827<br><br>MARY E. MILIONIS (CSB NO. 238827)<br>mmilionis@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>Attorneys for Defendant<br>GLIMMERGLASS NETWORKS, INC. | MARK D. PETERSEN (CSB NO. 111956)<br>mpetersen@fbm.com<br>SEBASTIAN A. JEREZ (CSB NO. 244109)<br>sjerez@fbm.com<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Plaintiff<br>TERILOGY CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GLIMMERGLASS NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. CV-08-3364 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING GLIMMERGLASS' RESPONSE DATE TO THE FIRST AMENDED COMPLAINT** |

STIP. & [PROPOSED] ORDER RE
CONTINUING RESPONSE DATE TO
FIRST AMENDED COMPLAINT

CASE NO. CV-08-3364 EMC

WHEREAS, on November 19, 2008, Plaintiff Terilogy Co., Ltd., ("Terilogy") filed its First Amended Complaint ("FAC") against Defendant Glimmerglass Networks, Inc. ("Glimmerglass");

WHEREAS, Glimmerglass' response to the FAC is currently due to be filed and served on or before December 8, 2008; and,

WHEREAS, counsel for both parties have conferred and agree that Glimmerglass' deadline to respond to the FAC should be continued until December 22, 2008.

ACCORDINGLY, Glimmerglass and Terilogy, by and through their counsel of record, hereby stipulate that the deadline for Glimmerglass to respond to the FAC is continued until December 22, 2008.

IT IS SO STIPULATED.

Dated: December 3, 2008        FENWICK & WEST LLP

                               By: /s/ Rodger R. Cole
                                   Rodger R. Cole

                               Attorneys for Defendant
                               GLIMMERGLASS NETWORKS, INC.

Dated: December 3, 2008        FARELLA BRAUN & MARTEL LLP

                               By: /s/ Mark D. Petersen
                                   Mark D. Petersen

                               Attorneys for Plaintiff
                               TERILOGY CO., LTD.

STIP. & [PROPOSED] ORDER RE
CONTINUING RESPONSE DATE TO         2          CASE NO. CV-08-3364 EMC
FIRST AMENDED COMPLAINT

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rodger R. Cole, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of December, 2008, at Mountain View, California.

FENWICK & WEST LLP

By: /s/ Rodger R. Cole
Rodger R. Cole

Attorneys for Plaintiff deCarta, Inc.

## [~~PROP~~OSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December _9_, 2008    By: _____
The Honorable Edward M. Chen
United States Magistrate Judge

23031/00400/LIT/1288388.2



STIP. & [PROPOSED] ORDER RE CONTINUING RESPONSE DATE TO FIRST AMENDED COMPLAINT    3    CASE NO. CV-08-3364 EMC