RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERILOGY CO., LTD., | Case No. 3:08-cv-03364 EMC |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUION OF COUNSEL AND [PROPOSED] ORDER** |
| v. | |
| GLIMMERGLASS NETWORKS, INC., | |
| Defendant. | |

1  **TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Glimmerglass Networks, Inc. ("Glimmerglass") hereby substitutes the law firm of Long & Levit LLP as its counsel of record in this action, in the place and instead of Fenwick & West LLP.

Pursuant to such substitution, Glimmerglass hereby requests that all notices, filings and other documents in this action be served on the following counsel:

> Howard M. Garfield
> Long & Levit LLP
> 465 California Street, 5th Floor
> San Francisco, California 94104
> Telephone: (415) 397-2222
> Facsimile: (415) 397-6392
> Email: hgarfield@longlevit.com.

We hereby agree to the foregoing substitution.

Dated: December 22, 2008            GLIMMERGLASS NETWORKS, INC.

                                    By:  /s/
                                         Robert Lundy, President & CEO

We hereby agree to the foregoing substitution.

Dated: December 22, 2008            FENWICK & WEST LLP

                                    By:  /s/
                                         Rodger R. Cole

We hereby accept the foregoing substitution.

Dated: December 22, 2008            LONG & LEVIT LLP

                                    By:  /s/
                                         Howard M. Garfield

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rodger R. Cole, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 22, 2008                FENWICK & WEST LLP

                                        By:  _____/s/_____
                                               Rodger R. Cole

## ORDER

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Long & Levit LLP is substituted as counsel of record in this action for Defendant Glimmerglass Networks, Inc., in place and instead of Fenwick & West LLP.

Dated: January 8, 2009
_____
Hon. Edward M. Chen
United States



23031/00400/SF/5249147.1

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER      3      CASE NO. 3:08-CV-03364