1  HOWARD M. GARFIELD  State Bar #43369
   JASON A. GELLER  State Bar #168149
2  DAVID S. MCMONIGLE  State Bar #258980
   LONG & LEVIT LLP
3  465 California Street, Suite 500
   San Francisco, CA  94104
4  TEL: (415) 397-2222   FAX: (415) 397-6392
   EMAIL: hgarfield@longlevit.com
5           jgeller@longlevit.com

6  Attorneys for Defendant
   GLIMMERGLASS NETWORKS, INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 TERILOGY CO., LTD.,                    CASE No. 3:08-CV-03364 EMC

12               Plaintiff,               [PROPOSED] ORDER AND
                                          STIPULATION TO STAY THE
13        vs.                             LIGITATION IN ORDER TO FINALIZE
                                          SETTLEMENT AND CONTINUE THE
14 GLIMMERGLASS NETWORKS, INC.,           TRIAL DATE AND RELATED COURT
                                          DEADLINES IN ACCORDANCE WITH
15               Defendant.               THE STAY

16                                        [N.D.L.R. 7-12]

17                                        Magistrate Judge Edward M. Chen
                                          Courtroom C, 15th Floor
18

19

20                              **INTRODUCTION**

21        Under the auspices of this Court's Mediation Program, Defendant

22 GLIMMERGLASS NETWORKS, INC. ("Defendant") and Plaintiff TERILOGY CO., LTD.

23 ("Plaintiff") reached a conditional settlement on Monday, March 9, 2009, with the assistance of

24 mediator Richard Collier, Esq. The condition is the exercise by Plaintiff, which is currently one of

25 Defendant's shareholders, of an option requiring the payment of money to Defendant to maintain

26 its status as preferred shareholder ("pay to play"). In order to determine whether or not to

27 exercise the option and make the payment to Defendant, Plaintiff needs time to evaluate certain

28 confidential financial information that Defendant has agreed to furnish. If Plaintiff elects to

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION

exercise the option and make the payment to Defendant, under the terms of the conditional agreement (1) Defendant will make an agreed payment to Plaintiff, (2) Plaintiff and Defendant will release each other of all claims they have against each other, and (3) Plaintiff and Defendant will request this Court to dismiss this case. The parties have agreed that Plaintiff shall have until April 3, 2009, to exercise the option. As noted, if Plaintiff exercises the option, this case will be over. If it does not exercise the option, there will be no settlement. The terms of this conditional settlement agreement are set forth in writing and have been signed by the parties. This recitation is not intended to supersede, amend or modify that written conditional settlement agreement.

In order to facilitate and enhance the prospects for final settlement of this matter, the Parties desire to reduce the costs of litigation and have agreed to stipulate to and request the Court to stay the litigation during the time that Plaintiff is evaluating whether or not to exercise the option, to wit, until April 6, 2009, and to continue the trial for the same period of time, to wit, until November 30, 2009.

This Stipulation and the request to the Court embodied herein are made pursuant to that agreement.

**STIPULATION**

Therefore, in furtherance of the parties' conditional settlement agreement, the parties herein, by and through their attorneys of record, hereby stipulate and agree as follows:

1. Defendant GLIMMERGLASS NETWORKS, INC. ("Glimmerglass") and Plaintiff TERILOGY, INC. ("Plaintiff"), hereby stipulate to stay the entirety of the litigation for one month in order to finalize the conditional settlement agreement reached on Monday, March 9, 2009, and respectfully request the Court to order said stay;

2. As a consequence of the stay, the parties also stipulate to a continuance of the trial of this matter and respectfully request that the Court continue for approximately one month the trial date, currently set for November 2, 2009, to November 30, 2009;and

3. The parties further respectfully request that the Court continue for one month the pretrial conference and all court appearances and deadlines currently scheduled in the Court's Case Management and Pretrial Order of October 20, 2008.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION

| | | |
|---|---|---|
| Dated: March 16, 2009 | | LONG & LEVIT LLP |
| | By | *Howard M. Garfield* |
| | | HOWARD M. GARFIELD |
| | | JASON A. GELLER |
| | | DAVID S. MCMONIGLE |
| | | Attorneys for Defendant |
| | | GLIMMERGLASS NETWORKS, INC. |
| Dated: March 11, 2009 | | FARELLA BRAUN & MARTEL LLP |
| | By | *[signature]* |
| | | MARK D. PETERSEN |
| | | SEBASTIAN A. JEREZ |
| | | Attorneys for Plaintiff |
| | | TERILOGY CO., LTD. |

## ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED THAT the trial of this matter ~~is continued to~~ *remains to begin at* 8:30 A.M., Monday, November ~~30~~ *2*, 2009, in Courtroom D, 15th Floor, 450 Golden Gate, San Francisco, CA 94102. The Case Management and Pretrial Order of October 20, 2008, is amended in the following respects only:

1. All non-expert discovery shall be completed by 7/22/2009.

2. Experts shall be disclosed and reports provided by 7/22/2009.

3. Rebuttal experts shall be disclosed and reports provided by 8/04/2009.

4. All discovery from experts shall be completed by 8/20/2009.

5. The last day for hearing dispositive motions shall be ~~9/19/2009~~ *9/2/09*.

6. A pretrial conference shall be held on ~~11/17~~ *10/21/09*/2009 at 3:00 p.m. in Courtroom C 15th Floor.

7. By ~~10/22~~ *9/24/09*/2009, lead counsel shall meet and confer regarding the matters

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION

set forth in paragraph 5 b of the Order.

8. By ~~11/2/2009~~ 10/5/09, counsel and/or parties shall serve and file a joint pretrial statement as specified in paragraph 5 (c) (1) of the Order.

9. By ~~11/2/2009~~ 10/5/09, counsel shall serve and file the papers described in paragraph 5 (c) (2) of the Order.

10. By ~~11/12~~ 10/15/2009, after meeting and conferring in a good faith attempt to resolve any objections, counsel and/or parties shall serve and file the papers described in paragraph d of the Order.

Dated: March 19, 2009

_____
United States Mag. Judge Edward M. Chen

DOCS\S5787-040\561323.V5
DRAFT 03/12/09 4:56 PM

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION