HOWARD M. GARFIELD  State Bar #43369
JASON A. GELLER  State Bar #168149
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
EMAIL: hgarfield@longlevit.com
          jgeller@longlevit.com

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILOGY CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> GLIMMERGLASS NETWORKS, INC., <br><br> Defendant. | CASE No. 3:08-CV-03364 EMC <br><br> **STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1)(ii).

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION FOR DISMISSAL    1    CAPTION (No. 3:08-CV-03364 EMC)

| | | |
|---|---|---|
| 1 | Dated: March __, 2009 | FARELLA BRAUN & MARTEL |
| 2 | | |
| 3 | | By _____ |
| 4 | | MARK D. PETERSEN<br>Attorneys for Plaintiff<br>TERILOGY CO. LTD. |
| 5 | | |
| 6 | Dated: March 31, 2009 | LONG & LEVIT LLP |
| 7 | | |
| 8 | | By _____ |
| 9 | | HOWARD M. GARFIELD<br>JASON A. GELLER<br>Attorneys for Defendant<br>GLIMMERGLASS NETWORKS, INC. |

IT IS SO ORDERED.

Dated: April 22, 2009

_____
MAGISTRATE JUDGE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCS\S5787-040\561999.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION FOR DISMISSAL    2    CAPTION (No. 3:08-CV-03364 EMC)